Filed 1/7/21  P. v. Burke CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Shasta)

----

| | |
|---|---|
| THE PEOPLE, | C091121 |
| Plaintiff and Respondent, | (Super. Ct. No. 19F6210) |
| v. | |
| CHRISTINA MARIE BURKE, | |
| Defendant and Appellant. | |

Defendant Christina Marie Burke brought, or assisted in bringing, methamphetamine and a ingestion device into Shasta County Jail.  She pled no contest to bringing a controlled substance and paraphernalia into a jail.  She also admitted this conduct violated her grants of mandatory supervision.  Pursuant to the negotiated plea, the trial court sentenced her to a one-year term (one-third the midterm), to be served consecutively with the sentence imposed on the violations of mandatory supervision in four earlier cases.  The remaining counts and allegations were dismissed.

1

Defendant filed a timely notice of appeal but did not obtain a certificate of probable cause.

## DISCUSSION

We appointed counsel to represent defendant on appeal. Counsel filed an opening brief that sets forth the facts and procedural history of the case and requests this court to review the record and determine whether there are any arguable issues on appeal. (*People v. Wende* (1979) 25 Cal.3d 436.) Defendant was advised by counsel of her right to file a supplemental brief within 30 days from the date the opening brief was filed. More than 30 days have elapsed, and defendant has not filed a supplemental brief. Having undertaken an examination of the entire record pursuant to *Wende*, we find no arguable error that would result in a disposition more favorable to defendant. Accordingly, we affirm the judgment.

## DISPOSITION

The judgment is affirmed.


                                 /s/
                                 Robie, J.


We concur:


/s/
Hull, Acting P. J.


/s/
Murray, J.